# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4102

_____

Kenneth Lamar Turner,            *
                                 *
            Appellant,           *
                                 *  Appeal from the United States
    v.                           *  District Court for the
                                 *  Eastern District of Arkansas.
Eddie Jimmerson, Sgt., East Arkansas  *
Regional Unit, ADC (originally sued   *  [UNPUBLISHED]
as E. Jimmerson); Moses Jackson,      *
Captain, East Arkansas Regional Unit, *
ADC (originally sued as M. Jackson),  *
                                 *
            Appellees.           *

_____

Submitted: May 23, 2005
Filed: May 24, 2005

_____

Before BYE, RILEY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

    Kenneth L. Turner appeals the district court's[1] dismissal of his action filed pursuant to 42 U.S.C. § 1983 for failure to state a claim. After de novo review of the

_____

    [1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

record, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998), we conclude dismissal was proper for the reasons stated by the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____